Mary A. Frunk, et al., Appellees, v. City of Calumet City, a Municipal Corporation, Appellant.

Gen. No. 47,172. ▇▇▇▇▇▇▇▇▇▇

First District, Second Division.

April 1, 1958.

Released for publication May 21, 1958.

Franklin J. Stransky, and John R. Jeffers, for defendant-appellant; Roman E. Posanski, and Jack E. Walker (Roman E. Posanski, and Charles D. Snewind, of counsel) for appellee. Opinion by JUSTICE MURPHY. Not to be published in full.